UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JEANIE T., | Civil No. 3:19-CV-05601-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby agree and stipulate that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the Appeals Council will provide Plaintiff with the opportunity to submit new evidence, and a new hearing. The Appeals Council will instruct the Administrative Law Judge to further evaluate the opinion evidence including those by Dr. Bragg, Dr. Tapper, and Ms. Pieratt; reevaluate Plaintiff's subjective complaints; and proceed through the sequential evaluation process and issue a new decision. Medical expert or supplemental vocational expert evidence may be obtained, as needed and available.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 15th day of January, 2020.

\
Mary Alice Theiler\
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry\
THOMAS M. ELSBERRY\
Special Assistant U.S. Attorney\
Office of the General Counsel\
Social Security Administration\
701 Fifth Avenue, Suite 2900 M/S 221A\
Seattle, WA 98104-7075\
Telephone: (206) 615-2112\
Fax: (206) 615-2531\
thomas.elsberry@ssa.gov